UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GONZALES, et al.<br><br>　　　　　　　　Plaintiffs,<br>v.<br>T-MOBILE, USA, Inc., et al.<br><br>　　　　　　　　Defendants. | Case No. 13cv1029-BEN (BLM)<br><br>**ORDER GRANTING SECOND JOINT MOTION TO MODIFY CASE MANAGEMENT CONFERENCE ORDER**<br><br>[ECF No. 21] |

On January 31, 2014, the parties in this case filed a second joint motion to modify the Case Management Conference Order.[1] ECF No. 21. In support, the parties state that they still are in the process of completing discovery in this case and in related case <u>Kogok v. T-Mobile, USA, Inc.</u>, case no. 13cv838-BEN (BLM), which was remanded to state court. <u>Id.</u> at 3-4. The parties in both cases apparently have "jointly pursued the Court's directives" and plaintiffs in both cases "are identifying the 'systematic' errors at this time, with the defense agreeing to produce data in databases relevant thereto." <u>Id.</u> at 4. While the parties initially anticipated that this process would take 75-90 days, Plaintiffs suffered a setback because

---

[1] In their first joint motion, which the Court granted on November 19, 2013, the parties moved to continue the deadlines related to expert disclosures and class certification because they "desire[d] to focus their resources and efforts on preparing for mediation," and also because they needed additional time to complete discovery. <u>See</u> ECF No. 16.

1  one of the class representatives "suffered severe medical complications requiring multiple
2  surgeries and hospitalizations."  Id.  Consequently, the parties seek to continue the
3  deadlines related to expert disclosures and class certification by approximately sixty (60)
4  days while they "continue to process discovery and work toward mediation."  Id. at 5.
5  Having reviewed the parties' joint motion, and having found good cause, the Court **GRANTS**
6  the joint motion.  Accordingly, the Case Management Conference Order is modified as
7  follows:

|  | Current Date | New Date |
|---|---|---|
| Expert Disclosures | January 31, 2014 | **March 31, 2014** |
| Rebuttal Expert Disclosures | February 28, 2014 | **April 28, 2014** |
| Motion for Class Certification | April 25, 2014 | **June 27, 2014** |

12  All guidelines and requirements as set forth in the Court's original Case Management
13  Conference Order remain in effect.  See ECF No. 9.
14  **IT IS SO ORDERED.**
15  DATED:  February 4, 2014

BARBARA L. MAJOR
United States Magistrate Judge